441 A.2d 766

Commonwealth v. Jackson, Appellant.

Argued September 11, 1980. Glenn S. Gitomer, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and VAN der VOORT, JJ.

Appeal quashed.